UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wendy L. Campbell, )
    Plaintiff, )
) No. 1:18-cv-718
v. )
) Honorable Paul L. Maloney
Commissioner of )
Social Security, )
    Defendant. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   February 6, 2020                      /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge